IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-00705-D

JUUL LABS, INC.,

    Plaintiff,

v.

SMOKE & VAPE 1 LLC,

    Defendant.

ORDER ON MOTION FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(A)

## ORDER

This matter is before the Court on the renewed motion of Plaintiff Juul Labs, Inc. ("Plaintiff") for entry of default against Defendant Smoke & Vape 1 LLC.

For good cause shown, it is hereby ORDERED that Plaintiff's Motion for Entry of Default is granted. The Clerk of the Court hereby enters the default of Defendant Smoke & Vape 1 LLC.

This _15_ day of June, 2021.

_____
Clerk of the Court